# United States Bankruptcy Court
## Southern District Of Texas

| | | |
|---|---|---|
| In re  FREE SPEECH SYSTEMS, LLC,  ,<br>Debtor | ) ) ) | Case No.  23-60043<br><br>Chapter  11 |
| FREE SPEECH SYSTEMS, LLC,<br>Plaintiff<br>v.<br>PQPR HOLDINGS LIMITED LLC, JLJR HOLDINGS,LLC, PLJR HOLDINGS, LLC, AEJ AUSTIN HOLDINGS, LLC, AEJ 2018 TRUST , CAROL JONES and DAVID JONES.<br>Defendants | ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No.  23-03127 |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  Nathan Ochsner, Clerk of Court
P.O. Box 61010
Houston, TX 77028

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

THE LAW OFFICES OF RAY BATTAGLIA, PLLC.
66 Granburg Circle
San Antonio, Texas 78218
Email: rbattaglialaw@outlook.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: August 1, 2023

*s/ Rhonda Moore-Konieczny*
*Signature of Clerk or Deputy Clerk*

## CERTIFICATE OF SERVICE

I, __Raymond Battaglia__ (name), certify that service of this summons and a copy of the complaint was made __August 2, 2023__ (date) by:

- [x] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    PLJR Holdings, LLC
    c/o Stephen Lemmon
    1801 S. Mopac Expressway Suite 320
    Austin, TX 78746

- [ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] Publication: The defendant was served as follows: [Describe briefly]

- [ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __August 2, 2023__   Signature __/s/ Ray Battaglia__

Print Name: __Raymond Battaglia__

Business Address: __66 Granburg Circle__

__San Antonio, Texas 78218__