United States Bankruptcy Court
Southern District of Texas

**ENTERED**
November 28, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |
|---|
| In re: <br><br> Free Speech Systems, LLC, <br><br>   Debtor |
| Free Speech Systems, LLC, <br><br>   Plaintiff <br><br>  v. <br><br> PQPR Holdings Limited LLC, JLJR Holdings, LLC, PQPR Holdings, LLC, PLJR Holdings, LLC, JLJR Holdings Limited, LLC, AEJ Holdings, LLC, AEJ Trust 2018, Carol Jones, and David Jones, <br><br>   Defendants |

Chapter 11

Bankruptcy Case No. 22-60043

Adversary No. 23-03127

**ORDER GRANTING JOINT MOTION OF THE SANDY HOOK FAMILIES FOR
ENTRY OF AN ORDER PURSUANT TO FEDERAL RULE 24 AND BANKRUPTCY
RULE 7024 PERMITTING INTERVENTION IN PQPR ADVERSARY PROCEEDING**

Upon the motion (the "Motion") of the Sandy Hook Families for entry of an order (this "Order"), pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rule 24 of the Federal Rules of Civil Procedure (the "Federal Rules"), as made applicable by rule 7024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Sandy Hook Families to intervene in the PQPR Adversary Proceeding,[1] all as more fully set forth in the Motion; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion and the hearing thereon having been given; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and this Court

---

[1] Capitalized terms used but not otherwise defined herein shall share the meanings ascribed to them in the Motion.

having reviewed the Motion; and this Court having held a hearing (the "Hearing") to consider the relief requested in the Motion; and upon the record of the Hearing; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estates, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.   The Sandy Hook Families are authorized to intervene in the PQPR Adversary Proceeding, including for the avoidance of doubt, by participating in any mediation proceedings in respect thereof.

2.   This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.


Signed:  November 28, 2023

_____
Christopher Lopez
United States Bankruptcy Judge