UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re § § | | |
| FREE SPEECH SYSTEMS, § Debtor § § | | Chapter 11 Case No. 22-60043 (CML) |
| FREE SPEECH SYSTEMS, LLC, § § Plaintiff, § § v. § § PQPR HOLDINGS LIMITED LLC, § JLJR HOLDINGS LLC, PLJR § HOLDINGS LLC, AEJ AUSTIN § HOLDINGS LLC, AEJ 2018 TRUST, § CAROL JONES and DAVID JONES, § § § Defendants. § | | Adv. No. 23-03127 |

**AGREEMENT AND STIPULATION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO THE CONNECTICUTT
FAMILIES MOTION FOR SUMMARY JUDGMENT**

The Connecticut Families (as intervenors) and Defendants stipulate that Defendants' deadline to respond to the Connecticut Families' Plaintiffs' Motion for Summary Judgment (Doc #61) is hereby extended to July 9, 2024.

Respectfully submitted,

**STREUSAND, LANDON, OZBURN & LEMMON, LLP**

By: */s/ Stephen W. Lemmon*
Stephen W. Lemmon
Texas Bar No. 12194500
1801 S. Mopac Expressway, Ste. 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904
lemmon@slollp.com

***ATTORNEYS FOR DEFENDANTS PQPR HOLDINGS LIMITED LLC, JLJR HOLDINGS, LLC, AND PLJR HOLDINGS, LLC***

**AND**

**CAIN & SKARNULIS PLLC**

By: */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, TX 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
E-mail: rchapple@cstrial.com

**KOSKOFF KOSKOFF & BIEDER, PC**

By: */s/ Alinor C. Sterling* (admitted pro hac vice)
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
E-mail: asterling@koskoff.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ Kyle J. Kimpler (admitted pro hac vice)
Paul Paterson (admitted pro hac vice)
Daniel Negless (admitted pro hac vice)
Leslie Liberman (admitted pro hac vice)
Jonathan Day (admitted pro hac vice)
Vida Robinson (admitted pro hac vice)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: kkimpler@paulweiss.com
E-mail: ppaterson@paulweiss.com
E-mail: dnegless@paulweiss.com
E-mail: lliberman@paulweiss.com
E-mail: jday@paulweiss.com
E-mail: virobinson@paulweiss.com

***CO-COUNSEL TO THE CONNECTICUT FAMILIES***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this 3rd day of July 2024 on all parties registered to receive electronic notification via this Court's CM/ECF system.

/s/ *Stephen W. Lemmon*
Stephen W. Lemmon