United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 14, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| FREE SPEECH SYSTEMS LLC, | § Case No. 22-60043 (CML) |
| Debtor. | |
| FREE SPEECH SYSTEMS, LLC | |
| Plaintiff, | |
| v. | § Adversary No. 23-03127 |
| PQPR HOLDINGS LIMITED LLC, JLJR HOLDINGS LLC, PLJR HOLDINGS, LLC, AEJ AUSTIN HOLDINGS LLC, AEJ 2018 TRUST, CAROL JONES and DAVID JONES | |
| Defendants. | |

### ORDER GRANTING MOTION OF THE TRUSTEE
### TO DISMISS CLAIMS AGAINST THE SETTLING DEFENDANTS

Upon the motion (the "Motion")[1] of Christopher R. Murray, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Alexander E. Jones, for entry of an order (the "Order") dismissing with prejudice the claims against PQPR Holdings Limited, LLC, PLJR Holdings, LLC, JLJR Holdings, LLC, Carol Jones, and David Jones (collectively, the "Settling Defendants"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found

---

[1] Capitalized term used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

17134392

that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having hearing the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and upon all of the proceedings before this Court; and it appearing, upon due deliberation, that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief requested in the Motion, it is hereby:

**ORDERED that:**

1. Pursuant to the 9019 Order entered in Case No. 22-33553, the Amended Complaint against the Settling Defendants is hereby **DISMISSED** with prejudice.

2. For the avoidance of doubt, nothing in this Order shall in any way modify the terms of the 9019 Order, and the Amended Complaint is not dismissed with respect to AEJ Austin Holdings, LLC or the AEJ 2018 Trust.

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.

Signed: April 14, 2025

_____
Christopher Lopez
United States Bankruptcy Judge